JOSEPHINE M. McBRIDE, Respondent, *v.* ROBERT P. McBRIDE, Appellant.

(Submitted October 7, 1889; decided October 22, 1889.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made June 17, 1889, which affirmed an order of Special Term granting plaintiff an allowance for counsel fees.

*Preston Stevenson* for appellant.

*Samuel G. Adams* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ABEL M. RONTEY, Appellant.

(Argued October 8, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict of the Court of General Sessions of the Peace in and for the city and county of New York, convicting the defendant of a violation of the provision of the New York consolidation act, in opening and conducting a pharmacy for compounding and retailing medicine without being properly qualified.

*L. B. Treadwell* for appellant.

*McKenzie Semple* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.